**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-2274**

———————

HENRIETTA OKORO; CYRIACUS OKORO,

        Plaintiffs - Appellants,

     v.

WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE INC.;
HUDSON CITY SAVINGS BANK, FSB; M&T BANK; M&T CORPORATION,
Successor by merger to Hudson City Savings Bank, FSB and
owner of M&T Bank; FEDERAL NATIONAL MORTGAGE ASSN.; THE ALBA
LAW GROUP, P.A.,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Paula Xinis, District Judge. (8:16-cv-
00616-PX)

———————

Submitted: March 27, 2017        Decided: April 7, 2017

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Henrietta Okoro; Cyriacus Okoro, Appellants Pro Se. Douglas
Brooks Riley, TREANOR, POPE & HUGHES, PA, Towson, Maryland;
David Edwin Solan, BWW LAW GROUP, LLC, Rockville, Maryland;
Alvin Frederick, Lauren Elizabeth Marini, ECCLESTON & WOLF, PC,
Hanover, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henrietta Okoro and Cyriacus Okoro appeal the district court's order dismissing their complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Okoro v. Wells Fargo Bank, N.A., No. 8:16-cv-00616-PX (D. Md. filed Oct. 6, 2016 & entered Oct. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED